```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 35055
   KENNETH A SCHILDGEN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-7343

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 12/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/11/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
ECAST SETTLEMENT CORP    SECURED              700.00        13.01        700.00
ECAST SETTLEMENT CORP    UNSECURED            812.98          .00        812.98
BANK OF AMERICA NA       SPECIAL CLASS NOT FILED              .00           .00
ECAST SETTLEMENT CORP    UNSECURED            936.41          .00        936.41
DISCOVER FINANCIAL SERVI UNSECURED           2060.22          .00       2060.22
KURT A RICHTER           UNSECURED      NOT FILED             .00           .00
MBNA AMERICA             NOTICE ONLY    NOT FILED             .00           .00
LEDFORD & WU             DEBTOR ATTY        2,700.00                   2,700.00
TOM VAUGHN               TRUSTEE                                         430.43
DEBTOR REFUND            REFUND                                          520.63

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              8,173.68

PRIORITY                                            .00
SECURED                                          700.00
   INTEREST                                       13.01
UNSECURED                                      3,809.61
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             430.43
DEBTOR REFUND                                    520.63
                     -------------           -------------
TOTALS               8,173.68                  8,173.68
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 35055 KENNETH A SCHILDGEN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 35055 KENNETH A SCHILDGEN